FILE COPY

08 CV 03408

RECEIVED
APR 07 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

MACQUARIE GROUP LIMITED, MACQUARIE BANK LIMITED, DAVID CLARKE, ALLAN MOSS, RICHARD SHEPPARD, BEN BRUCK, AND JOHN BRAKEY,

    Plaintiffs,

v.

PACIFIC CORPORATE GROUP LLC,

    Defendant.

---------------------------------------x

Case No. _____

**DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Bryan Cave LLP, as counsel for Plaintiffs, Macqurie Group Limited and Macquarie Bank Limited, for their Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, hereby certifies (i) Macquarie Group Limited is the parent corporation of Macquarie Bank Limited; and (ii) that no publicly held corporation owns more than 10% of the stock of Macquarie Group Limited.

Dated: New York, New York
      April 7, 2008

BRYAN CAVE LLP

By: _____
Paul M. Kaplan (PK 9016)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Plaintiffs*

C0683890219184/1477686.1