AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

MACQUARIE GROUP LIMITED, MACQUARIE
BANK LIMITED, DAVID CLARKE, ALLAN MOSS,
RICHARD SHEPPARD, BEN BRUCK, AND JOHN BRAKEY

**SUMMONS IN A CIVIL ACTION**

V.

PACIFIC CORPORATE GROUP LLC

CASE NUMBER:

**08 CV 03408**

TO: (Name and address of Defendant)

PACIFIC CORPORATE GROUP LLC
1200 Prospect Street
Suite 200
La Jolla, California 92037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Paul Kaplan, Esq.

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         APR 0 7 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-8-08 | 8:37 AM |
| NAME OF SERVER (PRINT) LEWIS A. CORDOVA | TITLE INVESTIGATOR | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: PACIFIC CORPORATE GROUP DAVID PERSKIE, PRINCIPAL 1200 PROSPECT ST. #200, LA JOLLA, CA 92037

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-8-2008
          Date                    Signature of Server

P.O. BOX 398, MANHATTAN BEACH CA 90267
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-8-2008 | 8:33AM |
| NAME OF SERVER (PRINT) LEWIS A. CORDOVA | TITLE INVESTIGATOR | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: PACIFIC CORPORATE GROUP JOHN COUGHLIN, MANAGING DIRECTOR 1200 PROSPECT ST. #200, LA JOLLA, CA 92037

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-8-2008
            Date                  Signature of Server

P.O. BOX 398, MANHATTAN BEACH, CA 90267
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-8-08  8:46 AM |
| NAME OF SERVER (PRINT) LEWIS A. CORDOVA | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: PACIFIC CORPORATE GROUP DEBORAH, SECRETARY OF CHRISTOPHER BOWER 1200 PROSPECT ST. #200, LA JOLLA, CA 92037

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-8-2008
           Date

Signature of Server

P.O. BOX 395, MANHATTAN BEACH, CA 90267
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-8-08  8:50 PM | |
| NAME OF SERVER (PRINT) Lewis A. Cordova | TITLE Investigator | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Pacific Corporate Group  Timothy Kelleher, Managing Director  1200 Prospect St. #200, La Jolla, CA 92037

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-8-2008
  Date

Signature of Server

P.O. Box 395, Manhattan Beach, CA 90267
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.