UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MACQUARIE GROUP LIMITED,
MACQUARIE BANK LIMITED, DAVID
CLARKE, ALLAN MOSS, RICHARD
SHEPPARD, BEN BRUCK, AND JOHN
BRAKEY,

          Plaintiffs,

v.

PACIFIC CORPORATE GROUP LLC,

          Defendant.

---------------------------------------------------------------x

Case No. 08 CV 03408 (PKC)

**STIPULATION AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

WHEREAS, Defendant Pacific Corporate Group LLC's ("PCG") time to answer or otherwise respond to the complaint is currently April 28, 2008;

WHEREAS, pursuant to the Court's rules of Individual Practice, PCG will be submitting a letter by the response date indicating its intention to file a motion to dismiss the complaint and requesting a pre-motion conference;

WHEREAS, Plaintiffs have consented to an extension of time for PCG to respond to the complaint pending this pre-motion conference;

WHEREAS, provided that it is agreeable to the Court, Plaintiffs desire that this conference be held in advance of the now scheduled initial pre-trial conference, which is currently set for May 30;

WHEREAS, PCG is agreeable to this request, except counsel for PCG is unavailable May 7, 8, and 9. Counsel for Plaintiffs is unavailable May 1, 5 and 6.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that PCG's time to answer or otherwise respond to the complaint shall be extended until the pre-motion conference on PCG's request to file a motion to dismiss the complaint.

Dated: New York, New York
April 23, 2008

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

_____
Paul M. O'Connor (PMO 7127)
Seth A. Moskowitz (SAM 0394)

1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Counsel for Defendant*
*Pacific Corporate Group LLC*

BRYAN CAVE LLP

_____
Paul M. Kaplan (PMK 9016)  *by permission*
Scott H. Kaiser (SHK 6218)

1290 Avenue of the Americas
New York, New York 10019
Tel: (212) 541-2000
Fax: (212) 541-4630

*Counsel for Plaintiffs*
*Macquarie Group Limited,*
*Macquarie Bank Limited,*
*David Clarke, Allan Moss,*
*Richard Sheppard, Ben Bruck,*
*and John Brakey*

Conference which will serve as both initial conference and premotion conference will be held on MAY 12, 2008 at 10:00AM. MAY 30 date is Vacated.

SO ORDERED this 21 day of April 2008

_____
U.S. DISTRICT COURT JUDGE

2