UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MACQUARIE GROUP LIMITED,
MACQUARIE BANK LIMITED, DAVID
CLARKE, ALLAN MOSS, RICHARD : Case No. 08 CV 03408 (PKC)
SHEPPARD, BEN BRUCK, AND JOHN
BRAKEY,

**Trial By Jury Demanded**

Plaintiffs,

v.

PACIFIC CORPORATE GROUP LLC,

Defendant.

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that, pursuant to the Court's April 14, 2008 order, the undersigned attorneys hereby enter their appearance on behalf of Defendant Pacific Corporate Group LLC ("PCG"). By filing this notice, PCG does not waive, and expressly preserves, any and all of its challenges and defenses to this action, including (among other things) jurisdiction and venue.

Dated: New York, New York
      May 9, 2008

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

_____
Paul M. O'Connor (PMO 7127)
Seth A. Moskowitz (SAM 0394)

1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Counsel for Defendant*
*Pacific Corporate Group LLC*