```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MacQuarie Group

          Plaintiff(s),

   - against -

Pacific Corporate Group.

          Defendant(s).

-----------------------------------------------------------x

08 Civ. 3408 (PKC)

~~REVISED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER~~ ORDER

*As a result of a conference held today:*

~~The Civil Case Management Plan and Scheduling Order is modified as follows:~~

1. ~~The date in paragraph 5 thereof for the completion of all fact discovery is extended to~~ Defendant shall expand and revise its promotion letter by May 23.

2. ~~The date in paragraph 7 thereof for the completion of all expert discovery is extended to~~ Plaintiff shall respond by June 6.

3. ~~Other directions to the parties:~~ Defendant may reply by June 16.

4. Parties to meet face to face between now and June 27th to discuss resolution.

5. ~~4.~~ The next Case Management Conference [the Final Pretrial Conference] will be held on ~~June 13, 2008 at 3:45~~ June 27, 2008 at 12:30 pm. _am/pm. Any conference scheduled for a date prior thereto is adjourned.

6. ~~5.~~ In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 12, 2008.