KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

ATLANTA
HOUSTON
NEWARK

PAUL M. O'CONNOR III
PARTNER
212-506-1723

# MEMO ENDORSED

June 23, 2008

*Pre-motion conference adjourned from June 27 to July 18, 2008 at 12:30pm.*

*SO ORDERED*

*[signature] USDJ 6-23-08*

**BY FACSIMILE**

The Honorable P. Kevin Castel
United States District Court
  for the Southern District of New York
500 Pearl Street
Room 2260
New York, New York 10007

Re: Macquarie Group Limited, et al. v. Pacific Corporate Group LLC,
No. 08 CV 03408 (PKC)

Dear Judge Castel:

We represent Defendant Pacific Corporate Group LLC ("PCG") in the above-referenced action. The Court's May 12, 2008 Order directed the parties to conduct face-to-face settlement discussions in advance of the June 27, 2008 pre-motion conference in this matter. Because plaintiffs are located in Australia and defendant in California, finding a mutually agreeable date was difficult, but the parties have now agreed to a meeting on July 17 in New York City.

As a result, PCG requests that the pre-motion conference scheduled for June 27 be adjourned until after the settlement meeting. In the event the settlement meeting is successful, a conference will be unnecessary. Counsel for plaintiffs opposes this requested adjournment.

Respectfully,

Paul M. O'Connor III

cc: Paul M. Kaplan, Esq.