UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MAC QUARIE

                          Plaintiff(s),                     08 Civ. 3408 (PKC)

      -against-

                                                         ORDER

PACIFIC          Defendant(s).

----------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/18/08

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

      1.  By Sept 12, 2008, the defendant(s) shall file their motions. Plaintiff may respond by October 13; reply, if any, by October 27.

      2.  All proceedings in this action are stayed pending a ruling on defendants' motion.

-2-

3.

4.

5.

6.     The next conference in this matter will be held on
_____, 200_ at _____.

                                                  _____
                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       July 18, 2008