UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MACQUARIE GROUP LIMITED,
MACQUARIE BANK LIMITED, DAVID
CLARKE, ALLEN MOSS, RICHARD
SHEPPARD, BEN BRUCK, AND JOHN BRAKEY
                 Plaintiffs,

         - against -                                   08 CV03408 (PKC)

PACIFIC CORPORATE GROUP, LLC
                 Defendant
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To:** Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Paul Michael Kaplan**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       PK 9016

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Bryan Cave, 1290 Avenue of the Americas, New York, NY 10104

    To: ARENT FOX LLP, 1675 Broadway, New York, new York 10019

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* **1675 BROADWAY**

☒ *Telephone Number:* **(212) 484-3900**

☒ *Fax Number:* **(212) 484-3990**

☒ *E-Mail Address:* **Kaplan.paul@arentfox.com**

Dated: July 31, 2008          /s/ Paul M. Kaplan

NYC/394784.1