Paul Kaplan (PK-9016)
ARENT FOX, LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Kaplan.paul@arentfox.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MACQUARIE GROUP LIMITED,
MACQUARIE BANK LIMITED, DAVID
CLARKE, ALLEN MOSS, RICHARD
SHEPPARD, BEN BRUCK, AND JOHN BRAKEY        NOTICE OF WITHDRAWL
                      Plaintiffs,        OF COUNSEL

        - against -        08 CV03408 (PKC)

PACIFIC CORPORATE GROUP,LLC
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that Scott Harris Kaiser of the law firm of Bryan Cave LLP (NY), located at 1290 Avenue of Americas, New York, NY 10104, is hereby withdrawn as counsel of record, for Plaintiffs, **Macquarie Group Limited, Macquarie Bank Limited, David Clarke, Allen Moss, Richard Sheppard, Ben Bruck, John Brakey, Eric Becker and Rick Fratus**, in the above referenced case, and Paul Michael Kaplan of the law firm of Arent Fox LLP, located at 1675 Broadway, New York, New York 10019, by the undersigned, hereby retains his appearance as counsel for Plaintiffs in the above referenced case.

Dated: New York, New York
       August 6, 2008

                        *[Signature Page Immediately Follows]*

NYC/395869.1

By: /s/ Paul Michael Kaplan
Paul Michael Kaplan(PK-9016)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile:  (212) 484-3990
<u>Kaplan.paul@arentfox.com</u>
*Attorneys for Plaintiffs*

TO:
**Seth A. Moskowitz**
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1633 Broadway
New York, NY 10019
(212)-506-1757
Fax: (212)-506-1800
Email: smoskowitz@kasowitz.com
*Attorneys for Defendant*

NYC/395869.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he today caused a copy of the Notice of Withdrawal of Counsel herein to be served upon attorney of record for defendant by first class U.S. Mail, postage prepaid, and addressed as follows:

TO:
**Seth A. Moskowitz**
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1633 Broadway
New York, NY 10019
(212)-506-1757
Fax: (212)-506-1800
Email: smoskowitz@kasowitz.com
*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　*/s/ Paul Michael Kaplan*
　　　　　　　　　　　　　　　　　　　Paul Michael Kaplan, Esq.

NYC/395869.1