Paul Kaplan (PK-9016)
ARENT FOX, LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Kaplan.paul@arentfox.com
    -and -
Jennifer L. Bougher (JB-6245)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Tel.: (212) 457-5411
Fax: (212) 484-3990
Bougher.Jennifer@ArentFox.com.

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MACQUARIE GROUP LIMITED, MACQUARIE BANK LIMITED, DAVID CLARKE, ALLEN MOSS, RICHARD SHEPPARD, BEN BRUCK, AND JOHN BRAKEY,**

Plaintiffs,

-against-

**PACIFIC CORPORATE GROUP, LLC,**

Defendant.

---

<u>**NOTICE OF APPEARANCE**</u>

08-CV-03408 (PKC)

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned appears herein as counsel for Plaintiffs **Macquarie Group Limited, Macquarie Bank Limited, David Clarke, Allen Moss, Richard Sheppard, Ben Bruck and John Brakey** in the above-referenced case.

The undersigned hereby certifies that she is admitted to practice before this court.

Dated: New York, New York          ARENT FOX LLP
      August 11, 2008

By: *Jennifer L. Bougher*
Jennifer L. Bougher (JB-0245)
1675 Broadway
New York, New York 10019
Tel.: (212) 457-5411
Fax: (212) 484-3990
Bougher.Jennifer@ArentFox.com

*Attorneys for Plaintiffs*

TO:
**Seth A. Moskowitz**
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1633 Broadway
New York, New York 10019
(212) 506-1757
Fax: (212) 506-1800
Email: smoskowitz@kasowitz.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that she today caused a copy of the foregoing Notice of Appearance to be served upon the attorney of record for Defendant by first class U.S. Mail, postage prepaid, and addressed as follows:

TO:
**Seth A. Moskowitz**
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1633 Broadway
New York, New York 10019
(212) 506-1757
Fax: (212) 506-1800
Email: smoskowitz@kasowitz.com
*Attorneys for Defendant*

_____
Jennifer L. Boughey, Esq.